**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| EMMANUEL PACQUIAO,           ) | |
| ) | Case No. 1:12-cv-01664-RBJ-KLM |
| Plaintiff,        ) | |
| ) | |
| v.                                                           ) | Case No. 2:09-cv-02448-LRH-RJJ |
| ) | (District of Nevada) |
| FLOYD MAYWEATHER, JR., et al.,  ) | |
| ) | |
| Defendants.    ) | |

NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Non-party "plaintiff" in this discovery proceeding, United States Anti-Doping Agency ("USADA"), by and through its undersigned counsel, respectfully submits this Notice of Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i).  Defendant has not answered or filed a motion pursuant to F.R.C.P. 56(b).  Therefore, the requirements of F.R.C.P. 41(a)(1)(A)(i) are satisfied and the above-captioned discovery proceeding in this Court is hereby dismissed.

Dated:  August 15, 2012                Respectfully submitted,


By:  *s/ Brent E. Rychener*
     Brent E. Rychener
     Susan D. Campbell
     BRYAN CAVE HRO
     90 South Cascade, Suite 1300
     Colorado Springs, CO  80903
     (719) 473-3800 (telephone)
     (719) 633-1518 (facsimile)
     brent.rychener@bryancave.com

     Attorneys for United States Anti-Doping Agency

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A) was sent by first class mail, this 15th day of August, 2012, postage prepaid to:

    David Marroso
    O'Melveny & Myers, LLP
    1999 Avenue of the Stars, Suite 700
    Los Angeles, CA  90067
    Attorney for Plaintiff

    Travis Tygart
    U.S. Anti Doping Agency
    5555 Tech Center Drive, Suite 200
    Colorado Springs, CO 80919

                                            *s/ Brent E. Rychener*
                                            Brent E. Rychener