IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01664-RBJ-KLM

EMMANUEL PACQUIAO,

    Plaintiff,

v.

FLOYD MAYWEATHER, JR.,

    Defendant.

UNITED STATES ANTI-DOPING AGENCY,

    Movant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion of Non-party United States Anti-Doping Agency to Quash Production Subpoena** [Docket No. 1; Filed June 22, 2012] (the "Motion"), filed by the United States Anti-Doping Agency (the "USADA"). In consideration of the Notice of Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) [#12] filed by the USADA on August 15, 2012,

    IT IS HEREBY **ORDERED** that the Motion [#1] is **DENIED as moot**.

    Dated:  August 16, 2012